KENNETH A. KUWAYTI (CA SBN 145384)
TERESA N. BURLISON (CA SBN 230854)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone:    650.813.5600
Facsimile:    650.494.0792
Email:    KKuwayti@mofo.com
    TBurlison@mofo.com

Attorneys for Plaintiffs
DAVID W. and JILL GALLINATTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. and JILL GALLINATTI<br><br>Plaintiffs,<br><br>v.<br><br>PLEASANTON UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.    CV-07-05841 (SI)<br><br>**DISCLOSURE OF CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Community Alliance for Special Education (CASE):
  entity that represented Plaintiffs during administrative proceedings

Dated: November 16, 2007                    MORRISON & FOERSTER LLP

By:    /s/ Kenneth A. Kuwayti
    Kenneth A. Kuwayti

Attorneys for Plaintiffs
DAVID W. and JILL GALLINATTI