IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID W. GALLINATTI,             No. C 07-5841 SI

    Plaintiff,             **ORDER OF RECUSAL**

  v.

PLEASANTON UNIFIED SCHOOL DISTRICT,

    Defendant.
                                     /

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: December 3, 2007

                                              SUSAN ILLSTON
                                              United States District Judge