KENNETH A. KUWAYTI (CA SBN 145384)
TERESA N. BURLISON (CA SBN 230854)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: KKuwayti@mofo.com
TBurlison@mofo.com

Attorneys for Plaintiffs
DAVID W. and JILL G.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W., by and through his Guardian ad Litem JILL G., and JILL G.<br><br>Plaintiffs,<br><br>v.<br><br>PLEASANTON UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. C 07-5841 JSW<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. C 07-5841 JSW

pa-1212911

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304. I am not a party to the within cause, and I am over the age of eighteen years. |
| 3 | |
| 4 | I further declare that on December 6, 2007, I served a copy of: |
| 5 | **ORDER OF RECUSAL; REASSIGNMENT ORDER; ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| 6 | |

☐ **BY FACSIMILE [Code Civ. Proc sec. 1013(e)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☒ **BY U.S. MAIL [Code Civ. Proc sec. 1013(a)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Code Civ. Proc sec. 1013(d)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

PROOF OF SERVICE
CASE NO. C 07-5841 JSW

1

pa-1212911

☐ **BY PERSONAL SERVICE [Code Civ. Proc sec. 1011]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

☐ **BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Karen E. Samman
Lozano Smith
2000 Crow Canyon Place, Suite 200
San Ramon, CA 94583-1344

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Palo Alto, California, this 6th day of December, 2007.

| Kate Trevisan | s/ Kate Trevisan |
|---|---|
| (typed) | |

I, TERESA N. BURLISON, am the ECF User whose ID and password are being used to file this PROOF OF SERVICE. In compliance with General Order 45, X.B., I hereby attest that KATE TREVISAN, has concurred in this filing.

Dated: December 6, 2007        MORRISON & FOERSTER LLP

By:   s/ Teresa N. Burlison
      Teresa N. Burlison
      Attorney for Plaintiffs
      DAVID W. and JILL G.