KENNETH A. KUWAYTI (CA SBN 145384)
TERESA N. BURLISON (CA SBN 230854)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:  650.813.5600
Facsimile:  650.494.0792
Email:  KKuwayti@mofo.com
        TBurlison@mofo.com

Attorneys for Plaintiffs
DAVID W. and JILL G.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W., by and through his Guardian ad Litem JILL G., and JILL G.<br><br>Plaintiffs,<br><br>v.<br><br>PLEASANTON UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.   C 07-5841 JSW<br><br>**PROOF OF SERVICE OF SUMMONS** |

PROOF OF SERVICE OF SUMMONS
C-07-5841 JSW
pa-1214996

1

TERESA N. BURLISON (SBN 230854)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
Telephone: (650)813-5600
Attorney for: Plaintiff

FOR COURT USE ONLY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : DAVID W. AND JILL GALLINATTI

Defendant : PLEASANTON UNIFIED SCHOOL DISTRICT

Ref#: 226435    **PROOF OF SERVICE OF SUMMONS**    Case No.: CV 07-5841 SI

1. At the time of service I was at least eighteen years of age and not a party to this action.

2. I served copies of:
   SUMMONS IN A CIVIL CASE; COMPLAINT FOR VIOLATION OF THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT; CIVIL COVER SHEET; DISCLOSURE OF CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; JUDGE ILLSTON'S STANDING ORDER; PRETRIAL INSTRUCTIONS, HONORABLE SUSAN ILLSTON

3. a. Party served   : PLEASANTON UNIFIED SCHOOL DISTRICT

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made:
      Bill Faraghan, Assistant Superintendent

4. Address where the party was served:
      Pleasanton Unified School District
      4665 Bernal Avenue
      Pleasanton, CA 94566

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2  to the party or person authorized to receive service of process for the party (1) on: November 29, 2007 (2) at:  11:57 AM

**PROOF OF SERVICE OF SUMMONS**

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

7.  Person who served papers:
    a.  ERNEST B. FOXMAN
    b.  SPECIALIZED LEGAL SERVICES, INC.
        1112 Bryant Street, Suite 200
        San Francisco, CA 94103
    c.  Telephone number: (415) 357-0500
    d.  The fee for service was: $147.00
    e.  I am:
        (3) a registered California process server:
            (i) owner, employee or independent contractor
            (ii) Registration no.: 786
            (iii) County: San Francisco

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 29, 2007

ERNEST B. FOXMAN

POS-010 Rev. January 1, 2007                                              226435

**PROOF OF SERVICE OF SUMMONS**