UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID W. and JILL A. GALLINATTI
                 Plaintiff(s),

v.

PLEASANTON UNIFIED SCHOOL DISTRICT
                 Defendant(s).

Case No. C07-5841 SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/21/07

                                                  [Party]

Dated: 12/21/07

                                                [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05