1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11   DAVID W. and JILL A. GALLINATTI,

No. C  07-5841 SI

12                     Plaintiff(s),

13           v.

14

15   PLEASANTON UNIFIED SCHOOL
     DISTRICT.

16                     Defendant(s).

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

17

18      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19          The undersigned party hereby declines to consent to the assignment of this case to a United

20   States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

21   a United States District Judge.

22

23   Dated: ___1/25/08___            Signature_____

24                                   Counsel for _Defendant_____
                                     (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28