UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David W. and Jill A. Gallinatti

CASE NO. Cv-07-5841

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Pleasanton Unified School District

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 7, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Teresa N. Burlison | Plaintiff | 650.813.5834 | tburlison@mofo.com |
| Sloan Simmons | Defendant | 925.302.2000 | SSimmons@lozanosmith.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 1/31/08

Teresa N. Burlison
Attorney for Plaintiff

Dated: 1/31/08

Attorney for Defendant

Rev 12.05