UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David W. and Jill A. Gallinatti

        Plaintiff(s),

v.

Pleasanton Unified School District

        Defendant(s).
_____/

Case No. Cv-07-5841

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/29/08

Dated: 1/31/08

*[signature]* Jill Gallinatti
[Party]

*[signature]* Laura N. Burslem
[Counsel]