# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**              **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: **March 7, 2008**              **Court Reporter**:  Jim Yeomans


**CASE NO. C-07-5841  JSW**

**TITLE:**  David W.  v.  Pleasanton Unified School District


**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

Teresa Burlison                          Gregory Wedner


**PROCEEDINGS:**  Initial  Case Management Conference


**RESULTS:**    ADR:  The parties selected court-mediation with Peter Sherwood to be completed by 7-7-08.

The Court agrees to bifurcate the issues as proposed by the parties.

Hearing on IDEA Appeal:  8-29-08 at 9:00 a.m.
The briefing schedule proposed by counsel in the case management statement shall be adopted:
   Opening brief due: 6-2-08
   Opposition brief due:  7-2-08
   Reply brief due:  7-16-08


**REFERRALS:**

[X] Case referred to ADR for court-connected mediation with Peter Sherwood to be completed by 7-7-08.


**cc:**  ADR