# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Gallinatti,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Pleasanton Unified School District,<br><br>　　　　Defendant(s). | No. C 07-05841 JSW MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) ___5/1/08___

2. Did the case settle?　　☒ fully　　☐ partially　　☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☒ YES　　☐ NO

Dated: ___5/1/08___　　　　　　　　_/s/ Peter Sherwood_
　　　　　　　　　　　　　　　　　　**Mediator, Peter W. Sherwood**
　　　　　　　　　　　　　　　　　　Ninth Circuit Court of Appeals
　　　　　　　　　　　　　　　　　　95 7th St.
　　　　　　　　　　　　　　　　　　San Francisco, CA 94103

**Certification of ADR Session**
07-05841 JSW MED