IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID W,

    Plaintiff,

v.

PLEASANTON UNIFIED SCHOOL DISTRICT,

    Defendant.

No. C 07-05841 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

The Court has received the Certification of ADR session, which states that this matter settled in its entirety. The parties are HEREBY ORDERED to submit a joint status report by no later than June 6, 2008, advising the Court as to when they expect a dismissal to be filed. If a dismissal is filed before that date, this deadline shall be vacated.

**IT IS SO ORDERED.**

Dated: May 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE