| | |
|---|---|
| 1 | KENNETH A. KUWAYTI (CA SBN 145384) |
|   | TERESA N. BURLISON (CA SBN 230854) |
| 2 | KKuwayti@mofo.com |
|   | TBurlison@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 4 | Palo Alto, California 94304-1018 |
|   | Telephone: 650.813.5600 |
| 5 | Facsimile: 650.494.0792 |
| 6 | Attorneys for Plaintiff |
|   | DAVID W. AND JILL GALLINATTI, |
| 7 |   |
| 8 | GREGORY A. WEDNER (CA SBN 67965) |
|   | SLOAN R. SIMMONS (CA SBN 233752) |
| 9 | GWedner@lozanosmith.com |
|   | SSimmons@lozanosmith.com |
| 10 | LOZANO SMITH |
|    | 2000 Crow Canyon Place, Suite 200 |
| 11 | San Ramon, CA 94583-1344 |
|    | Telephone: 925.302.2000 |
| 12 | Facsimile: 925.302.2010 |
| 13 | Attorneys for Defendant |
|    | PLEASANTON UNIFIED SCHOOL DISTRICT |
| 14 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| David W. and Jill Gallinatti, | Case No.  C 07-05841 JSW |
|---|---|
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| Pleasanton Unified School District, | |
| Defendant. | |

Pursuant to the Court's May 6, 2008 Order Requiring Joint Status Report, Plaintiffs David W. and Jill Gallinatti ("Plaintiffs") and Defendant Pleasanton Unified School District ("Defendant") hereby submit the following Joint Status Report.

I.  **The Parties Engaged in a Successful Mediation.**

On May 1, 2008, the parties successfully mediated this case before the Court-appointed mediator, Peter Sherwood. The parties subsequently executed a written settlement agreement, and this matter effectively is resolved.

II. **A Stipulation of Dismissal will be Filed upon Payment of Settlement Funds.**

Upon Plaintiffs' receipt of payment for the agreed-upon settlement amount, the parties shall file a Stipulation of Dismissal with Prejudice ("Stipulation of Dismissal") with the Court. The parties expect the settlement funds will be exchanged and a Stipulation of Dismissal filed by the end of June 2008.

Respectfully submitted,

Dated: June 4, 2008

KENNETH A. KUWAYTI
TERESA N. BURLISON
MORRISON & FOERSTER LLP

By: _/s/ Teresa N. Burlison_
Teresa N. Burlison

Attorneys for Plaintiffs
DAVID W. AND JILL GALLINATTI

Dated: June 4, 2008

GREGORY A. WEDNER
SLOAN R. SIMMONS
LOZANO SMITH

By: _/s/ Gregory A. Wedner_
Gregory A. Wedner

Attorneys for Defendant
PLEASANTON UNIFIED SCHOOL DISTRICT

# PROOF OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304. I am not a party to the within cause, and I am over the age of eighteen years.

On the date hereof, I served a copy of:

**JOINT STATUS REPORT**

☐ **BY FACSIMILE [Code Civ. Proc sec. 1013(e)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☒ **BY U.S. MAIL [Code Civ. Proc sec. 1013(a)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Code Civ. Proc sec. 1013(d)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

1
2
3   ☐ **BY PERSONAL SERVICE [Code Civ. Proc sec. 1011]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

4
5
6
7   I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

8
9
10  ☐ **BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

11  Gregory A. Wedner
12  Sloan R. Simmons
    LOZANO SMITH
13  2000 Crow Canyon Place, Suite 200
    San Ramon, CA 94583-1344
14

15       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
16
         Executed at Palo Alto, California, this 4th day of June, 2008.
17

18

19       Kate Trevisan                              /s/ Kate
20          (typed)                                    (signature)

21
22
23
24
25
26
27
28