KENNETH A. KUWAYTI (CA SBN 145384)
TERESA N. BURLISON (CA SBN 230854)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:    650.813.5600
Facsimile:    650.494.0792
Email:        KKuwayti@mofo.com
              TBurlison@mofo.com

Attorneys for Plaintiffs
DAVID W. and JILL G.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W., JILL GALLINATTI,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PLEASANTON UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | Case No.　C 07-5841 JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>[Fed.R.Civ. Proc. 41(a)(1)] |

　　　　Plaintiffs David W. and Jill Gallinatti and Defendant Pleasanton Unified School District, by and through their counsel, hereby stipulate and agree to dismissal with prejudice of all the claims brought in the above-captioned action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

1  AGREED TO BY STIPULATION.

2  Dated: June 24, 2008

                    KENNETH A. KUWAYTI
                    TERESA N. BURLISON
                    MORRISON & FOERSTER LLP

By: /s/ Teresa N. Burlison
      Teresa N. Burlison

Attorneys for Plaintiffs
DAVID W. and JILL G.

Dated: June 24, 2008

                    GREGORY A. WEDNER
                    SLOAN R. SIMMONS
                    LOZANO SMITH

By: /s/ Sloan R. Simmons
      Sloan R. Simmons

Attorneys for Defendant
PLEASANTON UNIFIED SCHOOL DISTRICT

# [PROPOSED] ORDER

Pursuant to the STIPULATION OF DISSMISSAL WITH PREJUDICE, IT IS HEREBY ORDERED that all of the claims brought in the above-captioned action are hereby dismissed in their entirety with prejudice.

Dated: _____

_____
Honorable Jeffrey S. White

District Judge of the United States District Court
for the Northern District of California