| | |
|---|---|
| 1 | KENNETH A. KUWAYTI (CA SBN 145384) |
| | TERESA N. BURLISON (CA SBN 230854) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 4 | Facsimile: 650.494.0792 |
| | Email: KKuwayti@mofo.com |
| 5 | TBurlison@mofo.com |

Attorneys for Plaintiffs
DAVID W. and JILL G.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID W., JILL GALLINATTI, | Case No.   C 07-5841 JSW |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE;** [PROPOSED] **ORDER** |
| v. | |
| PLEASANTON UNIFIED SCHOOL DISTRICT, | [Fed.R.Civ. Proc. 41(a)(1)] |
| Defendant. | |

Plaintiffs David W. and Jill Gallinatti and Defendant Pleasanton Unified School District, by and through their counsel, hereby stipulate and agree to dismissal with prejudice of all the claims brought in the above-captioned action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER                                              1

pa-1256224

AGREED TO BY STIPULATION.

Dated: June 24, 2008

KENNETH A. KUWAYTI
TERESA N. BURLISON
MORRISON & FOERSTER LLP

By: _____
Teresa N. Burlison

Attorneys for Plaintiffs
DAVID W. and JILL G.

Dated: June 27, 2008

GREGORY A. WEDNER
SLOAN R. SIMMONS
LOZANO SMITH

By: _____
Sloan R. Simmons

Attorneys for Defendant
PLEASANTON UNIFIED SCHOOL DISTRICT

## [PROPOSED] ORDER

Pursuant to the STIPULATION OF DISSMISSAL WITH PREJUDICE, IT IS HEREBY ORDERED that all of the claims brought in the above-captioned action are hereby dismissed in their entirety with prejudice.

Dated: June 30, 2008

_____
Honorable Jeffrey S. White
District Judge of the United States District Court
for the Northern District of California